# CERTIFICATE OF SERVICE

I, **Steven L. Lefkovitz, Attorney**, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made **June 14, 2022** by:

**Facsimile transmission to Defendant, Bush Truck Leasing, Inc., at fax number (513) 234-7941**

[ ] Mail service: Regular, first class United States mail, postage fully pre−paid, addressed to:

[ ] Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

[ ] Residence Service: By leaving the process with the following adult at:

[ ] Publication: The defendant was served as follows: [Describe briefly]

[ ] State Law: The defendant was served pursuant to the laws of the State of_____ as follows: [Describe briefly]  (name of state)

Under penalty of perjury, I declare that the foregoing is true and correct.

**6/14/2022**_____   _**/S/  STEVEN L. LEFKOVITZ**_____
    Date                                           Signature

**Steven L. Lefkovitz, No. 5953**_____
    Print Name

**908 Harpeth Valley Place**_____
    Business Address

**Nashville, TN  37221**_____
    City   State   Zip

**Attorney for Debtor/Plaintiff**_____

# United States Bankruptcy Court

MIDDLE DISTRICT OF TENNESSEE
Case No. **3:22–ap–90091**
**Adversary Case**

Related Bankruptcy Proceeding No.: 3:22–bk–01713

Plaintiff : Connect Trucking, LLC

vs

Defendant : BUSH TRUCK LEASING, INC.

**SUMMONS AND NOTICE OF EXPEDITED PRELIMINARY HEARING ON COMPLAINT FOR TURNOVER OF PROPERTY**

YOU ARE SUMMONED and required to submit a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court on or before the date of the expedited preliminary hearing at the following address:

UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF TENNESSEE
701 Broadway Room 170
Nashville, TN 37203

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

Name and Address of Plaintiff's Attorney:

STEVEN L LEFKOVITZ
LEFKOVITZ AND LEFKOVITZ, PLLC
908 Harpeth Valley Place
NASHVILLE, TN 37221

   NOTICE IS HEREBY GIVEN in accordance with LBR 7001–1b that an expedited preliminary hearing on the complaint for turnover pursuant to 11 U.S.C. §542(a) has been set for **6/21/22 at 09:00 AM Courtroom 3, 2nd Floor Customs House, 701 Broadway, Nashville, TN 37203.**

The attorney for the plaintiff (or the plaintiff, if pro se) shall provide immediate telephonic or facsimile notice of this hearing to the defendant or attorney for the defendant (if known) and the Chapter13 trustee and transmit a copy of the complaint and this notice to the defendant or attorney for the defendant (if known) and the Chapter13 trustee by hand delivery, facsimile or overnight courier service. The attorney for the plaintiff shall promptly file with the clerk a certificate of service pursuant to LBR 9013–3.

No separate order requesting an expedited hearing under LBR 9075–1 will be issued as the Summons and Notice of Expedited Preliminary Hearing on Complaint for Turnover or Property contains the requested expedited hearing date.



Dated: 6/14/22

/s/ TERESA C. AZAN
Bankruptcy Court Clerk